In the Matter of PATRICIA "O"*, Appellant, v. TRACY "P"*, Respondent.—

---

* Fictitious names.

1040

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.